In the Matter of MICHAEL PICHACZ et al., Appellants, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*Alvin McKinley Sylvester* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellants file the required undertaking on appeal and pay $10 costs, in which event the motion is denied.